DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NELSON J. FUNDORA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2098

[January 18, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2015-CF-008994-AXXX-MB.

Nelson J. Fundora, Carrabelle, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***